UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Rust−Oleum Restore Marketing, Sales Practices and
Products Liability Litigation, et al.

                    Plaintiff,

v.          Case No.: 1:15−cv−01364

        Honorable Amy J. St. Eve

Rust−Oleum Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 3/19/2015 and continued to 6/1/2015 at 08:30 AM. Plaintiffs' consolidated amended complaint shall be filed by 5/19/15. Defendants shall answer or otherwise plead by 7/19/15. Rule 26(a)(1) disclosures shall be exchanged by 4/20/15. Amended 26(a)(1) disclosures shall be exchanged 30 days after the ruling on the motion to dismiss. Written discovery shall be issued by 5/1/15. Parties are directed to discuss the scope of electronically stored information ("ESI") and potential methodologies to identify ESI production. Parties shall submit a proposed agreement regarding ESI and any areas of disagreement, consistent with Seventh Circuit protocol, by 6/12/15. Oral discovery is stayed until the court has ruled on the motion to dismiss. Once the court rules on the motion to dismiss, the parties may issue any additional discovery and notice depositions. Parties are expected to meet and confer before filing any discovery motions. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.