# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Rust−Oleum Restore Marketing, Sales Practices and
Products Liability Litigation, et al.

                                                        Plaintiff,

v.                                                              Case No.:
                                                              1:15−cv−01364
                                                              Honorable Amy J. St.
                                                              Eve

Rust−Oleum Corporation, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/17/2015 and continued to 9/3/2015 at 08:30 AM. Defendants shall answer or otherwise plead to the consolidated amended complaint by 9/1/15. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.