IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364<br><br>MDL No. 2602<br><br>Judge Amy J. St. Eve |

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT

Plaintiffs in the above-captioned litigation, through undersigned counsel, respectfully requests that this Court enter an Order granting them leave to file Plaintiffs' Motion to Compel Document Production in excess of 15 pages. In further support of their motion, Plaintiffs state the following:

1. On September 30, 2015, Plaintiffs filed their Motion to Compel Document Production. *See* ECF Doc. 39.

2. Given the complex and lengthy procedural history relating to this discovery dispute, and the number of disputes identified in Plaintiffs' Motion, the Motion is 19 pages long.

WHEREFORE, Plaintiffs request that this Court enter an Order:

A. Granting them leave to exceed the 15-page limit set forth in Local Rule 7.1 of the Northern District of Illinois; and

B. Allowing Plaintiffs' previously filed Motion to stand.


Dated: September 30, 2015                                   Respectfully submitted,

*s/ William M. Audet*
William M. Audet
Joshua C. Ezrin
Theodore H. Chase
AUDET & PARTNERS, LLP
221 Main St., Ste. 1460
San Francisco, California 94105
Tel. (415)568-2555
waudet@audetlaw.com
jezrin@audetlaw.com
tchase@audetlaw.com

*s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DePALMA GREENBERG LLC
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel. (312) 750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

***Interim Co-Lead Counsel for Plaintiffs***

*Additional Plaintiffs' Counsel:*

Daniel Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
dlevin@lfsblaw.com

Kevin Daniel Bloom
Bloom and Bloom, P.C
530 Blooming Grove Turnpike
P.O. Box 4323
New Windsor, NY 12550
Tel: (845)-561-6920
Kbloom@bloombloompc.com

Robert N. Isseks, Esq.
6 North Street
Middletown, NY 10940
Tel: (845)-344-4322
Isseks@isseksandsmith.com

Charles LaDuca
Brendan Thompson
Cuneo Gilbert and LaDuca LLP
8120 Woodmont Ave Ste. 810
Bethesda, MD 20814
Tel: (202) 789-3960
charles@cuneolaw.com
brendant@cuneolaw.com

Joel R. Rhine
Rhine Law Firm, P.C.
1612 Military Cutoff Road Suite 300
Wilmington, NC 28403
Tel: (910) 777-7651
jrr@rhinelawfirm.com

Joseph G. Sauder
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 645-4717
JosephSauder@chimicles.com

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
1101 Market Street
Philadelphia, PA 19107
Tel: (215) 864-2800
bclobes@caffertyclobes.com

Edward Anthony Wallace
Amy Elisabeth Keller
Wexler Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
eaw@wexlerwallace.com
aek@wexlerwallace.com

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700
info@kohnswift.com

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Tel: (612) 339-6900
rkshelquist@locklaw.com

Eric Gibbs
Gibbs Law Group LLP
One Kaiser Plaza, 11th Floor
Oakland, CA 94612
Tel: (510) 350-9710
ehg@classlawgroup.com

Richard J. Burke
Quantum Legal LLC
1010 Market Street
Suite 1310
St. Louis, MO St. Louis
Tel: (847) 433-4500, Ext 2603
richard@Qulegal.com