**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364 |
| | MDL No. 2602 |
| | Judge Amy J. St. Eve |
| Related To All Actions | Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

The Plaintiffs and Defendant Rust-Oleum Corporation ("Rust-Oleum"), by their attorneys, jointly move this Court to stay all proceedings and deadlines in this matter for sixty (60) days in light of the Parties' execution of a Term Sheet governing the terms of settlement in this matter. In support of their motion, the Parties state as follows:

1. On April 25, 2016, the Court granted Rust-Oleum's agreed motion for a thirty (30) day an extension of time to respond to Plaintiffs' Second Amended Complaint in light of the Parties' then ongoing settlement discussions. (Dkt. 90).

2. Rust-Oleum's responsive pleading is currently due on or before May 25, 2016.

3. The Parties have been diligent in continuing their settlement discussions over the past few months. On May 13, 2016, the Parties executed a Term Sheet that contains the material terms governing the Parties' negotiated settlement agreement in this matter.

4. The Parties further agreed that, upon execution of the Term Sheet, they would jointly inform the Court of the Term Sheet and request that all pending deadlines and proceedings be stayed so that the Parties can jointly prepare and execute the negotiated settlement agreement that will be submitted to the Court, along with appropriate requests for preliminary approval of the settlement and notice(s) to the class.

5. The Parties, therefore, jointly request at least a sixty (60) day stay of all proceedings and deadlines in this matter. The Parties further request that the Court set a status hearing in mid-July, 2016.

WHEREFORE, the Parties respectfully request that the Court enter an order staying all deadlines and proceedings in this matter for no less than sixty (60) days.

Dated: May 20, 2016

Respectfully submitted,

*/s/ Lori E. Lightfoot*
Lori E. Lightfoot
Joshua D. Yount
Stephen J. Kane
Chad M. Clamage
Richard E. Nowak
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

*Attorneys for Defendant Rust-Oleum Corp.*

*/s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DEPALMA GREENBERG LLC
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel. (312) 750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

*/s/ William M. Audet*
William M. Audet
Joshua C. Ezrin
AUDET & PARTNERS, LLP
711 Van Ness St., Ste. 500
San Francisco, California 94102
Tel. (415)568-2555
waudet@audetlaw.com
jezrin@audetlaw.com

*Interim Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Joint Motion for Stay of Proceedings** was served upon all parties of record via the U.S. District Court for Northern District of Illinois's Electronic Filing System on this 20th day of May 2016.

*/s/ Lori E. Lightfoot*
Lori E. Lightfoot