**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364<br><br>MDL No. 2602<br><br>Judge Amy J. St. Eve |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Plaintiffs in the above-captioned litigation, through undersigned counsel, respectfully requests that this Court enter an Order granting them leave to file their Memorandum in Support of their Uncontested Motion for Preliminary Approval of Settlement, Certification of a Settlement Class, Appointment of Class Counsel, and Related Relief (the "Memorandum") in excess of 15 pages. In further support of their motion, Plaintiffs state that excess pages are necessary given the complexity and breadth of the issues involved.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and permit Plaintiffs to file their Memorandum in excess of the 15-page limit set forth in Local Rule 7.1.

Dated: October 19, 2016

Respectfully submitted,

*s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DePALMA GREENBERG LLC
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel. (312) 750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

William M. Audet
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:   (415) 568-2555
Facsimile:    (415) 568-2556
waudet@audetlaw.com

*Interim Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 19th day of October, 2016, she caused a true and correct copy of the foregoing Notice of Motion to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Katrina Carroll*
Katrina Carroll