# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364 <br><br> MDL No. 2602 <br><br> Judge Amy J. St. Eve |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **October 20, 2016** at **8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy J. St. Eve, or whomever may be designated to sit in her stead, in Room 1241 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement, Certification of a Settlement Class, Appointment of Class Counsel, and Related Relief*, a copy of which is attached and served upon you.

Dated: October 19, 2016 

Respectfully submitted,

 *s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DePALMA GREENBERG LLC
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel. (312) 750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

William M. Audet
AUDET & PARTNERS, LLP

401345.1

2

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
waudet@audetlaw.com

*Interim Co-Lead Counsel for Plaintiffs*

2

401345.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 19th day of October, 2016, she caused a true and correct copy of the foregoing Notice of Motion to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: <i>/s/ Katrina Carroll</i><br>
Katrina Carroll