**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re: Rust-Oleum Restore Mktg., Sales Practices and Prods. Liab. Litig.* | Case No. 1:15-cv-01364<br><br>MDL No. 2602<br><br>Hon. Amy J. St. Eve |

## ORDER

(0:05)   Final approval hearing held on 3/6/17.   Plaintiffs' motion for attorneys' fees, costs and class representative incentive awards [112] and motion for final approval of class action settlement [118] are granted.   This case is hereby dismissed with prejudice.   Enter Final Judgment and Order Granting Final Approval of Settlement, Incentive Awards, Attorneys' Fees and Costs.

Dated: March 6, 2017

_____
Hon. Amy J. St. Eve
United States District Court Judge