**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364 <br><br> MDL No. 2602 <br><br> Judge Amy J. St. Eve <br><br> **DECLARATION OF DEBORAH MCCOMB RE: PLAN OF ALLOCATION** |

I, **DEBORAH MCCOMB**, declare:

1.      I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      KCC was retained by the parties to serve as the Claims Administrator.  As Claims Administrator, KCC has, among other things: (i) disseminated the Court-approved Notice and Claim Form (together, the "Notice Packet") to potential Class Members; (ii) received and processed Claims submitted in connection with the Agreement Of Compromise And Settlement (the "Settlement"); and (iii) calculated Claimants' Recognized Claims pursuant to the Settlement preliminarily approved by this Court on October 26, 2016 and granted final approval on March 6, 2017.

3.      KCC has completed the processing of all Claims received through the September 5, 2017 Claims deadline in accordance with the terms of the Settlement Plan of Allocation, and hereby submits its administrative determinations accepting and rejecting the Claims in preparation for distribution of the Net Settlement Fund to Authorized Claimants.

4.      **APPEALS PROCESS**

KCC received a total of 639 Appeal decisions from either Co-Counsel (167) or the Special

735458.1

Master (472) and updated the claims based upon their final decisions.

5. **DISPOSITION OF CLAIMS**

KCC has completed the processing and review of the 9,751 Claims that were received through September 5, 2017, and has determined that (a) 7,421 are acceptable in whole or in part, and that (b) 2,330 are rejected because they are ineligible for recovery from the Net Settlement Fund. The 2,330 wholly rejected Claims are ineligible for such reasons as: Claims received after the September 5, 2017 deadline, Claimants had a previously Signed Agreement with Rust-Oleum, No Tier 1 Proof of Purchase or insufficient Proof of Purchase to support the claim, Proof of Purchase was not covered under this Settlement and Duplicate Claims. Of the 7,421 that are acceptable in whole or in part: 1,230 Claims that were valid on Tier 1 only have a recognized loss of zero after previously receiving compensation from Rust-Oleum under Warranty and 316 Claims will receive Product Replacement only.

6. **DISTRIBUTION PLAN FOR THE NET SETTLEMENT FUND**

a. With the Court's approval, KCC will conduct an initial distribution ("Initial Distribution") of the available balance of the Net Settlement Fund, which includes earned interest, after deducting all payments previously approved by the Court and after deducting payments of the Claims Program Administration Expense, In-Kind Credit, Settlement Fund Tax Payments, Special Master Fees and Costs and Tier 1 Reimbursement.

b. KCC calculated award amounts for all Authorized Claimants as if the entire Net Settlement Fund were to be distributed now. Pursuant to the plan of allocation and the Agreement of Compromise and Settlement, Section 7, KCC calculated each Authorized Claimant's Tier 2 and Tier 3 pro rata share of the Net Settlement Fund based on the amount of the Authorized Claimant's Recognized Claim in comparison to the total Recognized Claims of all Authorized Claimants. As of today the pro rata share of the Net Settlement Fund, for Tier 2

and Tier 3, is valued at approximately 51 percent.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of April 2018, at San Rafael, California.

Deborah McComb

DECLARATION OF DEBORAH MCCOMB RE: PLAN OF ALLOCATION

735458.1