IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364<br><br>MDL No. 2602<br><br>Judge Amy J. St. Eve<br><br>**DECLARATION OF DEBORAH HAUDE** |

I, **DEBORAH HAUDE**, declare:

1. I am a Mediator and Arbitrator with JAMS ADR. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I was retained by the parties in this action, pursuant to their executed settlement agreement and the Court's March 6, 2017 Order granting Final Approval of the Class Action Settlement, to serve as Special Master, tasked with reviewing and either approving or denying appeals from class member claims that were initially denied by Kurtzman Carson Consultants, LLC ("KCC"), the Court-appointed claims administrator. I performed these tasks in full accordance with Sections 8.12 and 11 of the settlement agreement.

3. In total, I reviewed 472 such appeals. In accordance with the parties' settlement agreement allowing for class member relief in one or more of three "Tiers," I made the following determinations as tabulated by KCC, which tabulation I have reviewed and is true and accurate to the best of my knowledge:

    a. Of the 472 appeals, 209 were approved for Tier 1 relief only, 74 were approved for both Tier 1 and Tier 2, 88 were approved for both Tier 1 and Tier 3, and 26 were approved for Tiers 1, 2, and 3.

    b. Of the 472 appeals, 5 were denied for Tier 1 relief only, 23 were denied for both Tier 1 and Tier 2, 35 were denied for both Tier 1 and Tier 3, and 12 were denied for Tiers 1, 2, and 3.

I declare under penalty of perjury pursuant to the laws of the State of Illinois that the foregoing is true and correct to the best of my knowledge. Executed on this 16th day of April 2018 at Chicago, IL.

*[signature]*

Deborah Haude