# EXHIBIT 3

(Excel Spreadsheet Documenting Proposed Distribution to Class
Members; Provided to Court in Native, Electronic Format)