# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation, | Case No. 1:15-cv-1364<br><br>MDL No. 2602<br><br>Judge Amy J. St. Eve |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **April 19, 2018** at **8:30 a.m.** or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Amy J. St. Eve, or whomever may be designated to sit in her stead, in Room 1241 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' ***Joint Motion For Distribution of Settlement Funds***, a copy of which is attached and served upon you.

Dated: April 16, 2018

Respectfully submitted,

 *s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DePALMA GREENBERG LLC
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel. (312) 750-1265
kcarroll@litedepalma.com
kshamberg@litedepalma.com

William M. Audet
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555

732745.1

        Facsimile:    (415) 568-2556
        waudet@audetlaw.com

***Interim Co-Lead Counsel for Plaintiffs***

732745.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 16th day of April, 2018, she caused a true and correct copy of the foregoing Notice of Motion and accompanying Motion, with Exhibits, to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Katrina Carroll*
Katrina Carroll
