# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rust–Oleum Restore Marketing, Sales Practices and
Products Liability Litigation, et al.

                                                    Plaintiff,

v.                                                  Case No.:
                                                    1:15–cv–01364
                                                    Honorable Amy J. St.
                                                    Eve

Rust–Oleum Corporation, et al.

                                                    Defendant.

_____


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 19, 2018:


      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on
4/19/2018 regarding. Joint motion for distribution of settlement funds [137] is granted and
approved. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.